IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
NORTH CAROLINA
Misc. No. 3:15 MC 165

FILED
CHARLOTTE, NC
AUG 28 2015
US District Court
Western District of NC

In the Matter of:

APPOINTMENT OF A MERIT SELECTION PANEL
FOR THE SELECTION OF A CHIEF U.S.
PROBATION and PRETRIAL OFFICER FOR THE U.S. DISTRICT
COURT FOR THE WESTERN DISTRICT OF
NORTH CAROLINA

THIS MATTER is before the Court for the appointment of a Merit Selection Panel (Panel) to review applications for the position of Chief U.S. Probation and Pretrial Officer for this District.

IT IS HEREBY ORDERED that the persons listed below are named to serve on the Panel to review applications for the position of Chief U.S. Probation/Pretrial Officer for the Western District of North Carolina.

### PANEL MEMBERS

On or before January 1, 2016, or such other time the Chair requires to complete the Panel's mission. The Panel shall submit to the Clerk of Court its report specifying the total number of applications received; the names of the persons interviewed by the Panel; and the names of at least five persons the Panel has determined to be the most qualified. The names of the finalists are also to be given to the Chief Judge.

All written information prepared or considered by the Panel as to the individuals recommended shall attached to the Panel's report and submitted to the Clerk.

1

The Clerk shall proceed to advertise this positon in all appropriate trade journals, websites, and other venues to assure a national search effort. He shall assemble all applications and requested material in an electronic format to share with the Panel members as directed by the Chair.

The members of the Merit Selection Panel shall be:

Attorney Ken Bell, Chair
McGuire Woods LLP          kbell@mcguirewoods.com
Fifth Third Center
201 North Tryon Street
Suite 3000
Charlotte, NC 28202
704-373-4620

William Boyum
Chief Justice
Cherokee Supreme Court     Billboyu@nc-cherokee.com
EBCI Justice Center
137 Seven Clans Lane
Cherokee, NC 28719
828-497-1064

Todd Elmore
Retired Federal Special Agent
320 Howey Road             wteice@aol.com
Waxhaw, NC 29173
704-780-0003

Ross Richardson
Executive Director         ross_richardson@fd.org
Federal Defenders of North Carolina
129 West Trade Street
Suite 300
Charlotte, NC 28202
704-374-0720

Jill Rose
Acting U.S. Attorney                    Jill.Rose@usdoj.gov
Office of the United States Attorney
Western District of North Carolina
227 W Trade Street
Suite 1650
Charlotte, NC 28202
704-338-3105

Frank G. Johns, Clerk
United States District Court            frank_johns@ncwd.uscourts.gov
Western District of North Carolina
401 West Trade Street
Room 210
Charlotte, NC 28202
704-350-7413

Clifford C. Marshall, Jr.               cmarshall@mrglawfirm.com
Marshall & Roth, PC
90 Southside Avenue
Suite 150
Asheville, NC 28801
828-281-2100

Mark Foster
Rawls, Scheer, Foster & Mingo, PLLC
1011 Morehead Street
Suite 300                               mfoster@rsfmlaw.com
Charlotte, NC 28204
704-376-3200

Sheriff Van Duncan
Buncombe County Sheriff                 van.duncan@buncombecounty.org
60 Court Plaza                          donna.caraker@buncomecounty.org
4th Floor
Asheville, NC 28801
828-250-4474
828-712-0026 (c)

3

Melissa Alexander
Chief Probation Officer          Melissa_alexander@ncmp.uscourts.gov
North Carolina Middle District
Federal Law Center
101 South Edgeworth Street
Suite 312
Greensboro, NC  27401
336-358-4202

Dickie Brunson
Chief Probation Officer
South Carolina District          dickie_brunson@scp.uscourts.gov
Strom Thurmond Federal Bldg
1835 Assembly Street
Room 611
Columbia, SC  29201
803-253-3334

James Corpening
Chief Probation Officer          james_corpening@ncep.uscourts.gov
North Carolina Eastern District
Terry Sanford Federal Bldg
310 New Bern Ave.
Room 610
Raleigh, NC  27601
919-861-8666

Chief Carl W. Robbins
Mooresville Police Department    crobbins@ci.mooresville.ncus
750 West Iredell Avenue
Mooresville, NC  28115
704-658-9008

This Order is signed on behalf of the Board of Judges of this district per their authorization during the Executive Session on August 13, 2015.

So Ordered this 28th day of August 2015.

The Clerk is directed to serve a copy of this Order to all members of the Panel and all of the members of this Court.

Frank D. Whintey, Chief
U.S. District Judge